Prob 49

FILED BY CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Shanelle Lea Sigana

Docket No. 0:00CR00223-001

Docket No. 0:01CR00145-001

## HEARING WAIVER

I, Shanelle Lea Sigana, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

Signed: Shanelle L Sigana

Shanelle Lea Sigana
Supervised Releasee

Witness: Joan L. White

Joan L. White
U.S. Probation Officer

Dated: 1-19-07

SCANNED

JAN 24 2007